UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ARNULFO REYES, Individually; FEDERICO TORRES, JR., Individually and as Wrongful Death Beneficiary of R.T., deceased minor; AZENETH RODRIGUEZ, Individually and as Next Friend of J.A.C., a minor; SERGIO GARCIA, Individually and as Wrongful Death Beneficiary of U.S.G., deceased minor; ALFRED GARZA, III, Individually and as Wrongful Death Beneficiary of A.J.G., deceased minor; BRIANA RUIZ Individually and as Next Friend of D.G., III, a minor; MARIO JIMENEZ, JR., Individually and as Next Friend of M.J., III, a minor; ROSE MARY MORENO, Individually and as Next Friend of N.M., a minor; PRISCILLA RUBIO and JULIO RUBIO, Individually and As Next Friends of M.R., a minor; MONICA ARRIOLA Individually and as Next Friend of J.T., Jr., a minor; CHRISTOPHER SALINAS Individually and as Next Friend of S.N.S., a minor,<br>    *Plaintiffs*<br><br>v.<br><br>JUAN MALDONADO, an individual; CRIMSON ELIZONDO, an individual; RICHARD BOGDANSKI, an individual; LUKE WILLIAMS, an individual; CHRISTOPHER KINDELL, an individual; JOEL BETANCOURT, an individual; VICTOR ESCALON, an individual; TEXAS DEPARTMENT OF PUBLIC SAFETY DOES 1 through 84; UVALDE CONSOLIDATED INDEPENDENT SCHOOL DISTRICT; MANDY GUTIERREZ, an individual; PEDRO "PETE" ARREDONDO, an individual; ADRIAN GONZALES, an individual; JESUS "J.J." SUAREZ, an individual; And MOTOROLA SOLUTIONS, INC.<br>    *Defendants.* | C.A. No. 2:24-cv-00052 |

**ORDER**

The Court, having considered Defendants' Unopposed Motion to Extend Deadline, finds that the Motion is meritorious and should in all things be GRANTED. It is therefore:

ORDERED that Defendants' time to file a Reply in support of their Motions to Dismiss is extended until October 18, 2024.

SIGNED on this _____ day of _____, 2024.

_____
CHIEF U.S. DISTRICT JUDGE ALIA MOSES

4877-0172-8997, v. 1